Argued December 18, decided December 30, 1913.

## LAFKY *v.* ALBERT.

(137 Pac. 208.)

**Libel and Slander—Actions—Pleading—Complaint.**

   Where the language alleged in a complaint for libel is not libelous *per se,* and there is no innuendo, a demurrer is properly sustained.

   [As to what words are libelous *per se,* see note in 116 Am. St. Rep. 802.]

From Marion: PERCY R. KELLY, Judge.

This is an action for libel by F. J. Lafky against J. H. Albert. From a judgment in favor of defendant, plaintiff appeals.        .                    AFFIRMED.

For the appellant there was a brief and oral arguments by *Mr. Grant Corby* and *Mr. George G. Bingham.*

For respondent there was a brief over the names of *Mr. Claire M. Inman* and *Messrs. Carson & Brown,* with oral arguments by *Mr. Inman* and *Mr. John A. Carson.*

Department 1.  Opinion by MR. CHIEF JUSTICE MC-BRIDE.

This is an action for libel. The defendant demurred on the ground that the complaint did not state facts sufficient to constitute a cause of action. We have examined the record, and are of the opinion that the language used is not libelous *per se;* and, there being no innuendo, the demurrer was properly sustained. As no good purpose would be served by perpetuating in the Oregon Reports the article over which the action arose, we omit it from the opinion.

The judgment is affirmed.        AFFIRMED.

MR. JUSTICE MOORE, MR. JUSTICE BURNETT and MR. JUSTICE RAMSEY concur.